UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE FOOD SERVICE EQUIPMENT HARDWARE ANTITRUST LITIGATION | Master Consolidated Case File No. 1:10-cv-1849-WSD |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTIONS | |

**ORDER GRANTING EXTENSION OF TIME TO**
**FILE COMBINED MOTION FOR PRELIMINARY APPROVAL**

AND NOW, this **2nd** day of **May**, 2011, upon consideration of Plaintiffs' letter requesting an extension of time to file their Combined Motion for Preliminary Approval of Settlements and Authorization to Disseminate Notice, it is hereby ORDERED that the extension is GRANTED.

Plaintiffs shall file the Combined Motion for Preliminary Approval of Proposed Settlements with Kason Industries, Inc., Peter A. Katz, and Component Hardware Group, Inc., and for Authorization to Disseminate Notice on or before May 9, 2011.

Dated: **May 2**, 2011         _____
                               William S. Duffey, Jr.