UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE FOOD SERVICE EQUIPMENT HARDWARE ANTITRUST LITIGATION | Master Consolidated Case File No. 1:10-cv-1849-WSD |
| THIS DOCUMENT RELATES TO: ALL CASES | STIPULATED ORDER |

It appearing that the parties are in agreement, it is hereby ordered that the Deadline for Class Counsel to file their motion for final approval of the Proposed Settlement Agreements (previously set for September 27 in the Court's June 3, 2011 order at Doc. 107) is extended to October 11, 2011.

So ordered.

Dated: September 19, 2011

William S. Duffey, Jr.
United States District Judge