# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE FOOD SERVICE EQUIPMENT
HARDWARE ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
DIRECT PURCHASER ACTIONS

Master Consolidated Case File
No. 1:10-cv-1849-WSD

## ORDER APPROVING PLAN OF ALLOCATION AND AUTHORIZING
## DISTRIBUTION OF NET SETTLEMENT FUND

The Court has previously granted final approval for settlements with Defendants Component Hardware Group ("CHG") and Kason Industries Inc. and Peter A. Katz ("Kason"), and certified a class of direct purchasers of Food Service Equipment Hardware. Pursuant to those settlements, Defendants have paid a total of $1,800,000 into a settlement fund.

Rust Consulting, Inc, as the Court-approved Claims Administrator, has evaluated and audited claim forms from potential claimants, and calculated the appropriate amount to be allocated to each qualified claimant. As of June 27, 2012, $1,219,699.13 was available for distribution from the Net Settlement Fund to members of the Class. Plaintiffs request that the Net Settlement Fund be distributed to qualified claimants on a *pro rata* basis.

Having considered Plaintiffs' Motion for Approval of the Plan of Allocation and Distribution of Net Settlement Fund, and the complete record and files in this matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The plan of Allocation is hereby approved.

2. The Net Settlement Fund shall be distributed to Settlement Class members who have submitted valid claims, as determined by Rust Consulting, Inc., and in the amounts Rust Consulting, Inc. recommends, as set forth in Exhibit C to the Affidavit of Charlene Young, dated July 12, 2012.

SO ORDERED this 14 day of April, 2012

William S. Duffy, Jr.
United States District Judge